IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 17 2015
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-CR-153-O<br>(Supersedes Indictment returned June 10, 2015, as to defendant Shanda Brite only) |
| SHANDA BRITE (04) | |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One

Maintaining Drug-Involved Premises
(Violation of 21 U.S.C. § 856(a)(1))

Beginning sometime in September 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Shanda Brite** knowingly and intentionally used and maintained a place at xxxx Seal Cove, Fort Worth, Texas, for the purpose of distributing and using a controlled substance, namely: methamphetamine.

In violation of 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2.

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455